**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

IN RE: GENERAC SOLAR POWER
SYSTEMS MARKETING SALES                          MDL No. 23-md-03078
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

THIS MATTER being before the Court on the Parties' Joint Motion to Amend the Scheduling

Order, and the Court having reviewed the Motion and the factual representations therein,

**IT IS HEREBY ORDERED THAT:**

1.      The Parties' Joint Motion to Amend the Scheduling Order is **GRANTED**;

2.      The initial-operative Scheduling Order (Dkt. 45) is modified as follows:

| AMENDED DEADLINES |
|---|
| The parties shall complete inspections by **June 27, 2025**. |
| The parties shall coordinate deposition scheduling, as appropriate, with consideration for the deadlines set below. |
| The parties shall substantially complete the production of documents on or before **September 15, 2025**. |
| The close of fact discovery is **December 12, 2025**. |
| Plaintiffs shall disclose any expert witnesses consistent with Rule 26(a)(2), and with options for deposition dates, on or before **January 30, 2026**. |
| Defendants shall disclose any expert witnesses consistent with Rule 26(a)(2), and with options for deposition dates, on or before **March 17, 2026**. |
| The deadline for any rebuttal expert disclosures with options for deposition dates is **April 13, 2026**. |
| The close of expert discovery is **May 8, 2026**. |
| The deadline for filing motions for class certification and any Daubert motions relating to class experts is **June 5, 2026**. |
| Response briefs must be filed on or before **July 31, 2026**. |
| Reply briefs must be filed on or before **September 4, 2026**. |

**SO ORDERED**.

DATED: 3/28/2025                                  /s/ Lynn Adelman
                                                  Judge Lynn Adelman
                                                  United States District Judge

1